Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Puerto Rico__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Betteroads Alphalt, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Betteroads Asphalt Corporation
   Betteroads Asphalt II, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   6 6 - 0 2 0 8 9 1 3
   EIN

5. **Debtor's address**

   **Principal place of business**

   Guayanilla Asphalt Terminal
   Number    Street

   South of Rd. PR-127, km. 241.7

   Magas Ward, Guayanilla   PR   00656
   City                     State ZIP Code

   _____
   County

   **Mailing address, if different**

   _____
   Number    Street

   P.O. Box 21420
   P.O. Box

   San Juan              PR   00928-1420
   City                  State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Empresas Díaz Building
   Number    Street

   101 Andes St. 65 Infanteria

   San Juan              P.R.  00926
   City                  State ZIP Code

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 1

Debtor **Betteroads Asphalt, LLC**
Name

Case number (if known) _____

### 6. Debtor's website (URL)
www.emdi.com

### 7. Type of debtor
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business
*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☐ No
☒ Yes. Debtor **Coco Beach Golf & Country Club, S.E.** Relationship **Affiliate**
District **Puerto Rico** Date filed **07/13/2015** Case number, if known **15-05312 (ESL)**
MM / DD / YYYY

Debtor **Betterecycling Corporation** Relationship **Affiliate**
District **Puerto Rico** Date filed **06/09/2017** Case number, if known _____
MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue
*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Betteroads Asphalt, LLC__    Case number (if known)_____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See Attachment A | | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**        **Attorneys**

**Name and mailing address of petitioner**

_____       _____
Name       Printed name

_____       _____
Number  Street       Firm name, if any

_____       _____
City  State  ZIP Code       Number  Street

**Name and mailing address of petitioner's representative, if any**

     _____
     City  State  ZIP Code

_____
Name       Contact phone _____ Email _____

_____       Bar number _____
Number  Street

_____       State _____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
    MM / DD / YYYY

✗ _____       ✗ _____
Signature of petitioner or representative, including representative's title       Signature of attorney

     Date signed _____
     MM / DD / YYYY

Debtor   Betteroads Asphalt, LLC
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

St. James Security Inc.
Name

Urbanización Caribe, 1604 Ponce de León Ave.
Number   Street

San Juan                    P.R.        00926-2723
City                        State       ZIP Code

Israel O. Alicea-Luciano, Esq.
Printed name

Israel Alicea Law Offices
Firm name, if any

239 Arterial Hostos Avenue
Number   Street

San Juan                    P.R.        00918-1475
City                        State       ZIP Code

Contact phone (787) 250-1420   Email israel_alicea@yahoo.com

Bar number   225113

State        P.R.

**Name and mailing address of petitioner's representative, if any**

Marcos Rivera
Name

1604 Ave. Ponce de León
Number   Street

San Juan                    P.R.        00926-2723
City                        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05  30  2017
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ /S/ Israel O. Alicea Luciano
Signature of attorney

Date signed   06/05/2017
              MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City _____   State _____   ZIP Code _____

Printed name _____

Firm name, if any _____

Number   Street _____

City _____   State _____   ZIP Code _____

Contact phone _____   Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City _____   State _____   ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Betteroads Asphalt, LLC          Case number (if known) _____

**Name and mailing address of petitioner**

Name: Sargeant Marine, Inc
Number Street: 3020 N. Military Trail, Suite 100
City: Boca Ratón  State: FL  ZIP Code: 33431

**Name and mailing address of petitioner's representative, if any**

Name: Dan Sargeant
Number Street: _____
City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/31/2017

X _____
Signature of petitioner or representative, including representative's title

Printed name: Sonia Colón, Esq.
Firm name, if any: Ferraiuoli, LLC
Number Street: P.O. Box 195168
City: San Juan  State: PR  ZIP Code: 00919-5168
Contact phone: 787-766-7000  Email: scolon@ferraiuoli.com
Bar number: 213809
State: PR

X _____
Signature of attorney
Date signed: 6/1/17

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X _____
Signature of petitioner or representative, including representative's title

Printed name: Jordi Guso, Esq.
Firm name, if any: Berger Singerman, LLP
Number Street: 1450 Brickell Ave., Suite 1900
City: Miami  State: FL  ZIP Code: 33131
Contact phone: (305) 714-4375  Email: jguso@bergersingerman.com
Bar number: 0863580
State: FL

X _____
Signature of attorney
Date signed: 6/1/17

Debtor: Betteroads Asphalt, LLC

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Sargeant Trading LTD

Number Street: 3020 N. Military Trail, Suite 100

City: Boca Ratón  State: FL  ZIP Code: 33431

**Name and mailing address of petitioner's representative, if any**

Name: Dan Sargeant

Number Street: _____

City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/31/2017 (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Sonia Colón, Esq.

Firm name, if any: Ferraiuoli LLC

Number Street: P.O. Box 195168

City: San Juan  State: PR  ZIP Code: 00919-5168

Contact phone: 787-766-7000  Email: scolon@ferraiuoli.com

Bar number: 213809

State: PR

X _____ Signature of attorney

Date signed: 6/1/17 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Jordi Guso, Esq.

Firm name, if any: Berger Singerman, LLP

Number Street: 1450 Brickell Ave., Suite 1900

City: Miami  State: FL  ZIP Code: 33131

Contact phone: (305)714-4375  Email: jguso@bersersingerman.com

Bar number: 0863580

State: FL

X _____ Signature of attorney

Date signed: 6/1/17 (MM/DD/YYYY)

Official Form 205 — Involuntary Petition Against a Non-Individual — page 4

Debtor: Betteroads Asphalt, LLC
Name

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Facsimil Paper Connection Corp.

Number/Street: P.O. Box 363122

City: San Juan    State: P.R.    ZIP Code: 00936

**Name and mailing address of petitioner's representative, if any**

Name: Angel Soler, President

Number/Street: P.O. Box 363122

City: San Juan    State: P.R.    ZIP Code: 00936

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/7/17 (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Diana Castro, Esq.

Firm name, if any: Castro Muriel & Castro Muriel

Number/Street: Urb Ext San Agustin, 1217 Calle 3

City: San Juan    State: P.R.    ZIP Code: 00926-1833

Contact phone: 787 765-8658    Email: bufetecastromuriel@yahoo.com

Bar number: 9700

State: Puerto Rico

✗ _____
Signature of attorney

Date signed: 6/7/2017 (MM/DD/YYYY)

**Name and mailing address of petitioner**

Name: _____

Number/Street: _____

City: _____    State: _____    ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number/Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number/Street: _____

City: _____    State: _____    ZIP Code: _____

Contact phone: _____    Email: _____

Bar number: _____

State: _____

✗ _____
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

Debtor  __Betteroads Asphalt LLC__  Case number (if known) _____
        Name

### Name and mailing address of petitioner

__Banco Popular de Puerto Rico__
Name
__17th Floor, Popular Center Building__
__209 Muñoz Rivera Ave.__
Number   Street

__San Juan__          __P.R.__    __00918__
City                  State       ZIP Code

### Name and mailing address of petitioner's representative, if any

__Rosimari León Castañer__
Name

__P.O. Box 362708__
Number   Street

__San Juan__          __P.R.__    __00936-2708__
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __5/30/2017__
             MM / DD / YYYY

✗ _[signature]_ __Vice President__
Signature of petitioner or representative, including representative's title

---

__Luis C. Marini-Biaggi__
Printed name

__O'Neill & Borges, LLC__
Firm name, if any

__250 Muñoz Rivera Ave., Suite 800__
Number   Street

__San Juan__          __P.R.__    __00918-1813__
City                  State       ZIP Code

Contact phone __(787)764-8181__  Email __luis.marini@oneillborges.com__

Bar number __222301__

State __P.R.__

✗ __/S/ Luis C. Marini-Biaggi__
Signature of attorney

Date signed __6/9/2017__
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

### Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Debtor: Betteroads Asphalt, LLC
Case number (if known): _____

## Name and mailing address of petitioner

Name: Banco Santander de Puerto Rico
Number Street: Ponce de León Ave., #207
City: San Juan  State: P.R.  ZIP Code: 00918

### Name and mailing address of petitioner's representative, if any

Name: Marie Guiven López / Lynnette Vega Flores
Number Street: PO Box 362589
City: San Juan  State: P.R.  ZIP Code: 00936

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM / DD / YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Printed name: Luis C. Marini-Biaggi
Firm name, if any: O'Neill & Borges, LLC.
Number Street: 250 Muñoz Rivera Ave.
City: San Juan  State: P.R.  ZIP Code: 00918-1813
Contact phone: (787)764-8181  Email: luis.marini@oneillborges.com
Bar number: 222301
State: P.R.

X /S/ Luis C. Marini-Biaggi
Signature of attorney
Date signed: 6/9/2017 (MM / DD / YYYY)

---

## Name and mailing address of petitioner

Name: _____
Number Street: _____
City: ___  State: ___  ZIP Code: ___

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: ___  State: ___  ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM / DD / YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___  State: ___  ZIP Code: ___
Contact phone: ___  Email: ___
Bar number: ___
State: ___

X _____
Signature of attorney
Date signed: _____ (MM / DD / YYYY)

Debtor  **Betteroads Asphalt, LLC.**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Firstbank Puerto Rico
Name

1519 Ponce de León Ave. Stop 23
First Federal Building 1st Floor
Number   Street

San Juan          P.R.      00908
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Francisco X. Pascual
Name

PO Box 9146
Number   Street

San Juan          P.R.      00908-0146
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

FRANCISCO X. PASCUAL
VICE PRESIDENT

X _____
Signature of petitioner or representative, including representative's title

Luis C. Marini-Biaggi
Printed name

O'Neill & Borges, LLC.
Firm name, if any

250 Muñoz Rivera Ave.,
Number   Street

San Juan          P.R.      00918-1813
City              State     ZIP Code

Contact phone (787) 764-8181   Email luis.marini@oneillborges.com

Bar number  222301

State       P.R.

X   /S/ Luis C. Marini-Biaggi
Signature of attorney

Date signed  6/9/2017
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number   Street _____

City          State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City          State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City          State     ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor     Betteroads Asphalt, LLC                                Case number (if known) _____
            Name

**Name and mailing address of petitioner**

Economic Development Bank of PR
Name

P.O. Box 2134
Number   Street

San Juan        P.R.     00922-2134
City                   State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Eric M. Alers
Name

P.O. Box 2134
Number   Street

San Juan        P.R.     00922-2134
City                   State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/26/2017
MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Luis C. Marini-Biaggi
Printed name

O'Neill & Borges, LLC.
Firm name, if any

250 Muñoz Rivera Ave.,
Number   Street

San Juan        P.R.     00918-1813
City                   State       ZIP Code

Contact phone (787)764-8181   Email luis.marini@oneillborges.com

Bar number   222301

State     P.R.

X    /S/ Luis C. Marini-Biaggi
Signature of attorney

Date signed 6/9/2017
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City       State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City       State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number   Street

City       State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

## 13. Each of petitioner's claim

| **Name of Petitioner** | **Nature of petitioner's claim** | **Total claim** | **Amount of claim above the value of any lien** |
|---|---|---|---|
| **St. James Security Services, Inc.** | Judgment[1] | $184,242.84 | $184,242.84 |
| **Sargeant Marine, Inc.** | (a) Vessel charter agreements dated May 5 and June 17, 2014; (b) final arbitration award dated June 20, 2015; and, (c) Final Judgment dated September 3, 2015 in *Sargeant Trading Ltd. & Sargeant Marine, Inc. vs. Betteroads Asphalt Corp.* – 1:15-cv-04879- CIVIL 4879 (JPO) | $165,074.84[2] | $165,074.84 |
| **Sargent Trading, Ltd.** | (a) Vessel charter agreements dated May 23 and August 26, 2014; (b) final arbitration award dated June 20, 2015; and, (c) Final Judgment dated September 3, 2015 in *Sargeant Trading Ltd. & Sargeant Marine, Inc. vs. Betteroads Asphalt Corp.* – 1:15-cv-04879- CIVIL 4879 (JPO) | $104,355.38[3] | $104,355.38 |
| **Facsimil Paper Connection Corp.** | Judgment[4] | $9,874.80 | $9,874.80 |
| **Banco Popular de PR** (Line of Credit) Note 4001 | Loan Agreement | $11,840,690.92 | Undetermined |
| **Banco Popular de PR** (Term Loan I) Note 9008 | Loan Agreement | $6,790,317.53 | Undetermined |

---

[1] Judgment dated December 8, 2016, *St. James Security Services, Inc. vs. Betteroads Asphalt LLC. & Betterecycling Corporation*– Civil Case No. KCD 2016-0453(604).

[2] This amount includes interest at the federal judgment rate (.36%) through May 15, 2017. Sargeant Marine, Inc. is also entitled to recover its attorney's fees, costs, and expenses incurred in connection with the enforcement and collection of the Judgment, as permitted by applicable law.

[3] This amount includes interest at the federal judgment rate (.36%) through May 15, 2017. Sargeant Trading, Ltd. is also entitled to recover its attorney's fees, costs, and expenses incurred in connection with the enforcement and collection of the Judgment, as permitted by applicable law.

[4] Judgment dated January 11, 2017, *Facsimil Paper Connection, Corp. vs. Betteroads Asphalt Corp./Betteroads Asphalt LLC.*– Civil Case No. .K CM2016-3675(905).

| | | | |
|---|---|---|---|
| **Banco Popular de PR** (Term Loan II) Note 9009 | Loan Agreement | $16,647,238.05 | Undetermined |
| **Santander** (Term Loan I) Note 9008 | Loan Agreement | $2,068,170.71 | Undetermined |
| **Santander** (Term Loan II) Note 9009 | Loan Agreement | $4,841,943.64 | Undetermined |
| **Santander** (Term Loan III) Note 9010 | Loan Agreement | $9,259,182.29 | Undetermined |
| **Santander** (Line of Credit) Note 4001 | Loan Agreement | $3,606,395.44 | Undetermined |
| **Firstbank PR** (Line of Credit) Note 4001 | Loan Agreement | $6,458,768.31 | Undetermined |
| **Firstbank PR** (Term Loan I) Note 9008 | Loan Agreement | $3,703,929.78 | Undetermined |
| **Firstbank PR** (Term Loan II) Note 9009 | Loan Agreement | $9,078,644.32 | Undetermined |
| **Economic Development Bank of P.R.** (Line of Credit) Note 4001 | Loan Agreement | $1,152,939.72 | Undetermined |
| **Economic Development Bank of P.R.** (Term Loan I) Note 9008 | Loan Agreement | $661,179.90 | Undetermined |
| **Economic Development Bank of P.R.** (Term Loan IV) Note 9011 | Loan Agreement | $4,137,250.82 | Undetermined |

**ATTACHMENT A**

**Other loans between Banco Popular and Betteroads Asphalt, LLC.:**

| | | | |
|---|---|---|---|
| **Banco Popular de PR** Loan No. 101-0900-1002813-2001 | Loan Agreement | $8,271,387.12 | Undetermined |
| **Banco Popular de PR** Loan No. 101-0900-1002813-9004 | Loan Agreement | $4,256,358.95 | Undetermined |
| **Banco Popular de PR** Loan No. 101-0900-1002813-9005 | Loan Agreement | $3,753,088.80 | Undetermined |

**Other loans between Firstbank PR and Betteroads Asphalt, LLC.:**

| | | | |
|---|---|---|---|
| **Firstbank PR** Loan No. 113773-00005 | Loan Agreement | $1,280,239.46 | Undetermined |
| **Firstbank PR** Loan No. 113773-90003 | Loan Agreement | $397.67 | Undetermined |

| | | |
|---|---|---|
| Total of Petitioners' Claim | $98,271,671.29 | $463,547.86 |